IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

        Plaintiff,                    No. CIV S-99-1592 WBS JFM P

    vs.

COOPER, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. This civil rights action was closed on September 11, 2000. On November 21, 2005, plaintiff filed a document styled "Amended Complaint." Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to remove the amended complaint filed November 21, 2005 from this action, to open a new civil action with that pleading, to randomly assign the new action to a district judge and magistrate judge, to notify the assigned magistrate judge of the new action, and to notify plaintiff of the new case number.

/////

/////

/////

/////

1        2. Henceforth all documents filed by plaintiff shall be filed in the new action and
2   shall bear the case number assigned to the new action. This action shall remain closed
3   DATED:  December 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
thom1592.58ac